20 A.3d 434

D. RUSSO, INC., D/B/A HOTT 22, PLAINTIFF–RESPONDENT,
v. TOWNSHIP OF UNION, DEFENDANT–PETITIONER.

May 19, 2011.

Denied.